AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of:

Data Attachment to CyberTipline Report 226767031, Currently Stored at 125 West 15th Street, 5th Floor, Tulsa, Oklahoma

Case No. 26-mj-930-MTS

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 12-3-2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_______________________________ .
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):

☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _______________ .

Date and time issued: 11-19-2026 2:33pm

[signature]
*Judge's signature*

City and state: Tulsa, Oklahoma

U.S. Magistrate Judge Mark T. Steele
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| | | |
|---|---|---|
| Case No.: 26mj930 | Date and time warrant executed: 11/19/2026 @1625 | Copy of warrant and inventory left with: copy of warrant is contained in the evidence bag containing thumb drive with electronic contents |

Inventory made in the presence of :
SA D. Carder

Inventory of the property taken and name of any person(s) seized:
contents of zip file provided to NCMEC from Snapchat to include a video file

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/20/2026

[signature]
*Executing officer's signature*

Erin Staniech, special agent
*Printed name and title*

# ATTACHMENT A

## Property to be Searched

The property to be searched is the data attachment for CyberTipline Report 226767031, currently stored on an external hard drive in the custody of HSI, 125 West 15th Street, 5th Floor, Tulsa, Oklahoma (the "Data Attachment").

## ATTACHMENT B

### Particular Things to be Seized

All records in the Data Attachment described in Attachment A that relate to violations of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1) (Receipt and Distribution of Child Pornography) and Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) (Possession of and Access with Intent to View Child Pornography), including:

A. Images/videos/gifs of child erotica or child pornography as defined by Title 18, United States Code, Section 2256; files containing images/videos/gifs; and data of any type relating to the sexual exploitation of minors or a sexual interest in children, material related to the possession thereof, and data of any type related to any person employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting such visual depiction of such conduct, in any form wherever it may be stored or found, including, but not limited to:

    i. Graphic Interchange formats and/or photographs, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG) of child pornography; files relating to the distribution, receipt, or possession of child pornography, or information pertaining to an interest in child pornography;

ii. Files in any form containing the visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256 or relating to the sexual exploitation of minors.

iii. Stories, text-based files, motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256 or relating to the sexual exploitation of minors or sexual interest in children.

B. Records or other items which evidence ownership, use, or control of the account referenced in CyberTipline Report 226767031 described in Attachment A, and the identity of the account's subscriber.